IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2005 FEB 10 P 4: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

WAQAR AHMAD,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Civil Action No.:

JOSEPH MOTUCINSKI,

    Defendant.
_____/

## CERTIFICATION OF GERARD T. LEONE, JR.

I, Gerard T. Leone, Jr., Acting United States Attorney for the District of Massachusetts, pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in the United States Attorney by the Assistant Attorney General under 28 C.F.R. § 15.3, hereby certify that I have read the plaintiff's Complaint in this action. On the basis of the information now available with respect to the incidents referred to therein, I find that Joseph Motrucinski, U.S. Postal Officer, was acting within the scope of his employment and office as an employee of the United States at the time that the incidents out of which plaintiff's claims arose occurred.

Dated:　　　　February ___9___, 2005.
　　　　　　　　Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　_/s/ Gerard T. Leone, Jr._
　　　　　　　　　　　　　　　　　　　　Gerard T. Leone, Jr.
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　United States Courthouse
　　　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02210
　　　　　　　　　　　　　　　　　　　　(617) 748-3100

## CERTIFICATE OF SERVICE

I, Christopher Alberto, Assistant U.S. Attorney, do hereby certify that I have this 10 day of February, 2005 served a copy of the foregoing Certification of Garard T. Leone, Jr. by First Class Mail upon:

Waqar Ahmad
39 Shepard St.
Brighton, MA 02135
617-319-3447

Christopher Alberto
Assistant U.S. Attorney

FILED
IN CLERKS OFFICE
2005 FEB 10 P 4:13
U.S. DISTRICT COURT
DISTRICT OF MASS.