UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                          )
WAGAR AHMAD,                              )
                                          )
     Plaintiff,                           )
                                          )
          v.                              )   Civil Action No.
                                          )   05-10278-MBB
UNITED STATES OF AMERICA,                 )
                                          )
     Defendant.                           )
                                          )
```

**STIPULATION OF DISMISSAL**
**<u>WITHOUT PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41 (a)(1) the parties move this Honorable Court to dismiss this action without prejudice.

Respectfully submitted,

For the Plaintiff,             For the Defendant,

                               By its attorney,

                               MICHAEL J. SULLIVAN,
                               United States Attorney


/s/ Christopher Alberto        /s/ Christopher Alberto
by permission
Waqar Ahmad                    CHRISTOPHER ALBERTO
39 Shepard Street              Assistant U.S. Attorney
Brighton, MA 02135             1 Courthouse, Suite 9200
(617) 319-3447                 Boston, MA  02210
                               (617) 748-3311


Dated: March 11, 2005

1